FILED
NOV - 1 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:18CR903 AGF/JMB |
| v. ) | |
| ) | |
| TYRON F. KEMP, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 21, 2015, in the Eastern District of Missouri and elsewhere,

**TYRON F. KEMP,**

the defendant, did make and present to the Internal Revenue Service, an agency of the Department of the Treasury, a claim against the United States for payment of a refund of income taxes in the amount of five thousand three hundred and ninety dollars ($5,390.00) for the year 2014, knowing that the claim was false, fictitious and fraudulent as to a material matter, in that TYRON F. KEMP, the defendant herein, did prepare a U.S. Individual Income Tax Return (Form 1040A) in the name of BD for the year 2014 which stated that BD was entitled to a refund of income taxes in the amount of five thousand three hundred and ninety dollars ($5,390.00) for the year 2014 when, in truth and fact, as TYRON F. KEMP, the defendant herein, well knew, BD was not entitled by this claim to receive a refund of income taxes in the amount of five thousand three hundred and ninety dollars ($5,390.00) for the year 2014.

In violation of Title 18, United States Code, Section 287.

## COUNT TWO

The Grand Jury further charges that:

On or about February 3, 2014, in the Eastern District of Missouri and elsewhere,

**TYRON F. KEMP,**

the defendant, did make and present to the Internal Revenue Service, an agency of the Department of the Treasury, a claim against the United States for payment of a refund of income taxes in the amount of five thousand and forty-four dollars ($5,044.00) for the year 2013, knowing that the claim was false, fictitious and fraudulent as to a material matter, in that TYRON F. KEMP, the defendant herein, did prepare a U.S. Individual Income Tax Return (Form 1040A) in the name of BD for the year 2013 which stated that BD was entitled to a refund of income taxes in the amount of five thousand and forty-four dollars ($5,044.00) for the year 2013 when, in truth and fact, as TYRON F. KEMP, the defendant herein, well knew, BD was not entitled by this claim to receive a refund of income taxes in the amount of five thousand and forty-four dollars ($5,044.00) for the year 2013.

In violation of Title 18, United States Code, Section 287.

## COUNT THREE

The Grand Jury further charges that:

On or about May 23, 2014, in the Eastern District of Missouri and elsewhere,

**TYRON F. KEMP,**

the defendant, did make and present to the Internal Revenue Service, an agency of the Department of the Treasury, a claim against the United States for payment of a refund of income taxes in the amount of seven hundred and ninety-four dollars ($794.00) for the year 2013,

knowing that the claim was false, fictitious and fraudulent as to a material matter, in that TYRON F. KEMP, the defendant herein, did prepare a U.S. Individual Income Tax Return (Form 1040A) in the name of EC for the year 2013 which stated that EC was entitled to a refund of income taxes in the amount of seven hundred and ninety-four dollars ($794.00) for the year 2013 when, in truth and fact, as TYRON F. KEMP, the defendant herein, well knew, EC was not entitled by this claim to receive a refund of income taxes in the amount of seven hundred and ninety-four dollars ($794.00) for the year 2013.

In violation of Title 18, United States Code, Section 287.

## COUNT FOUR

The Grand Jury further charges that:

On or about January 23, 2014, in the Eastern District of Missouri and elsewhere,

**TYRON F. KEMP,**

the defendant, did make and present to the Internal Revenue Service, an agency of the Department of the Treasury, a claim against the United States for payment of a refund of income taxes in the amount of five thousand and forty-four dollars ($5,044.00) for the year 2013, knowing that the claim was false, fictitious and fraudulent as to a material matter, in that TYRON F. KEMP, the defendant herein, did prepare a U.S. Individual Income Tax Return (Form 1040A) in the name of AB for the year 2013 which stated that AB was entitled to a refund of income taxes in the amount of five thousand and forty-four dollars ($5,044.00) for the year 2013 when, in truth and fact, as TYRON F. KEMP, the defendant herein, well knew, AB was not entitled by this claim to receive a refund of income taxes in the amount of five thousand and forty-four dollars ($5,044.00) for the year 2013.

In violation of Title 18, United States Code, Section 287.

## COUNT FIVE

The Grand Jury further charges that:

On or about April 10, 2014, in the Eastern District of Missouri and elsewhere,

**TYRON F. KEMP,**

the defendant, did make and present to the Internal Revenue Service, an agency of the Department of the Treasury, a claim against the United States for payment of a refund of income taxes in the amount of five thousand and forty-four dollars ($5,044.00) for the year 2013, knowing that the claim was false, fictitious and fraudulent as to a material matter, in that TYRON F. KEMP, the defendant herein, did prepare a U.S. Individual Income Tax Return (Form 1040A) in the name of JI for the year 2013 which stated that JI was entitled to a refund of income taxes in the amount of five thousand and forty-four dollars ($5,044.00) for the year 2013 when, in truth and fact, as TYRON F. KEMP, the defendant herein, well knew, JI was not entitled by this claim to receive a refund of income taxes in the amount of five thousand and forty-four dollars ($5,044.00) for the year 2013.

In violation of Title 18, United States Code, Section 287.

## COUNT SIX

The Grand Jury further charges that:

On or about January 22, 2015, in the Eastern District of Missouri and elsewhere,

**TYRON F. KEMP,**

the defendant, did make and present to the Internal Revenue Service, an agency of the Department of the Treasury, a claim against the United States for payment of a refund of income taxes in the amount of five thousand three hundred and ninety dollars ($5,390.00) for the year 2014, knowing that the claim was false, fictitious and fraudulent as to a material matter, in that TYRON F. KEMP, the defendant herein, did prepare a U.S. Individual Income Tax Return

(Form 1040A) in the name of JI for the year 2014 which stated that JI was entitled to a refund of income taxes in the amount of five thousand three hundred and ninety dollars ($5,390.00) for the year 2014 when, in truth and fact, as TYRON F. KEMP, the defendant herein, well knew, JI was not entitled by this claim to receive a refund of income taxes in the amount of five thousand three hundred and ninety dollars ($5,390.00) for the year 2014.

In violation of Title 18, United States Code, Section 287.

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JAMES E. CROWE, JR., 23196MO
Assistant United States Attorney